CLOSED

# U.S. District Court
# Western District of Louisiana (Lake Charles)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00747-PM-APW
# Internal Use Only

Woodard v. Davol Inc et al
Assigned to: Judge Patricia Minaldi
Referred to: Honorable Alonzo P Wilson
Cause: 28:1332 Diversity-Property Damage

Date Filed: 04/27/2007
Jury Demand: Both
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Randall G Woodard** represented by **Matthew E Lundy**
Lundy & Davis (LC)
P O Box 3010
Lake Charles, LA 70602-3010
337-439-0707
Fax: 337-439-1029
Email: mlundy@lundydavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc** represented by **James B Irwin**
Irwin Fritchie et al
400 Poydras St Ste 2700
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101
Email: jirwin@irwinllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C R Bard Inc** represented by **James B Irwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 04/27/2007 | | FILING FEE: on behalf of Randall G Woodard in the amount of $350.00, receipt number 24635000549 (crt,Fasano-Newman, N) (Entered: 04/27/2007) |
| 04/27/2007 | 1 | COMPLAINT against Davol Inc, C R Bard Inc with Jury Demand, filed by Randall G Woodard. (Attachments: # 1 Civil cover sheet)(crt,Dean, S) (Entered: 04/30/2007) |
| 04/27/2007 | 2 | SUMMONS ISSUED as to Davol Inc. (crt,Dean, S) (Entered: 04/30/2007) |
| 05/01/2007 | 3 | SUMMONS ISSUED as to C R Bard Inc. (crt,Alexander, E) (Entered: 05/01/2007) |
| 05/14/2007 | 4 | NOTICE to Judicial Panel on Multidistrict Litigation advising of potential tag along cases re: Kugel Mesh Hernia Patch Litigation (crt,Reeves, T) (Entered: 05/17/2007) |
| 05/22/2007 | 5 | NOTICE of Tag-Along Actions by Hall Movants to Judicial Panel on Multidistrict Litigation re: Kugel Mesh Hernia Patch Litigation (crt,Reeves, T) (Entered: 05/23/2007) |
| 05/22/2007 | 6 | MONTIEL'S FIFTH NOTICE of Tag-Along Actions to Judicial Panel on Multidistrict Litigation re: Kugel Mesh Hernia Patch Litigation (Attachments: # 1 Proof of Service)(crt,Reeves, T) (Entered: 05/23/2007) |
| 06/06/2007 | 7 | MONTIEL'S SIXTH NOTICE of Tag-Along Actions to Judicial Panel on Multidistrict Litigation re: Kugel Mesh Hernia Patch Litigation (Attachments: # 1 Proof of service)(crt,Reeves, T) (Entered: 06/08/2007) |
| 06/12/2007 | 8 | MONTIEL'S SEVENTH NOTICE of Tag-Along Actions to Judicial Panel on Multidistrict Litigation re: Kugel Mesh Hernia Patch Litigation MDL #1842 (Attachments: # 1 Proof of service)(crt,Reeves, T) (Entered: 06/13/2007) |
| 06/25/2007 | 9 | MONTIEL'S EIGHTH NOTICE of Tag-Along Actions to Judicial Panel on Multidistrict Litigation re: Kugel Mesh Hernia Patch Litigation MDL #1842 (Attachments: # 1 Ex A: Revised Schedule of Actions; # 2 Proof of Service)(crt,Reeves, T) (Entered: 06/26/2007) |
| 06/29/2007 | 10 | *Affirmative Defenses and* ANSWER to Complaint with Jury Demand by Davol Inc, C R Bard Inc.(aty,Irwin, James) (Entered: 06/29/2007) (QC'ed on 06/29/2007, by Alexander , E) |
| 06/29/2007 | 11 | CORPORATE DISCLOSURE STATEMENT by Davol Inc, C R Bard Inc identifying C.R. Bard as Corporate Parent. (aty,Irwin, James) (Entered: 06/29/2007) (QC'ed on 06/29/2007, by Alexander , E) |
| 07/24/2007 | 12 | LETTER from Clerk of Judicial Panel on Multidistrict Litigation to Clerk of District of Rhode Island enclosing copy of Conditional Transfer Order (CTO-1), In re: Kugel Mesh Hernia Patch Products Liability Litigation MDL #1842 (crt,Reeves, T) (Entered: 07/25/2007) |
| 08/06/2007 | 14 | MONTIEL'S TENTH NOTICE of Tag-Along Actions to Judicial Panel on Multidistrict Litigation re: Kugel Mesh Hernia Patch Litigation MDL #1842 (crt,Reeves, T) (Entered: 08/13/2007) |
| 08/09/2007 | 13 | LETTER from Clerk of Judicial Panel on Multidistrict Litigation to Clerk of District of Rhode Island enclosing copy of Conditional Transfer Order |

| | | |
|---|---|---|
| | | (CTO-1) and advising 15-day period has elapsed and no opposition was received. In re: Kugel Mesh Hernia Patch Products Liability Litigation (crt,Reeves, T) (Entered: 08/13/2007) |
| 08/10/2007 | 15 | ORDER FOR MULTI-DISTRICT LITIGATION TRANSFER directing transfer to United States District Court for Rhode Island, with copy of transfer order and docket sheet forwarded to receiving court with letter containing instructions for the electronic record to be accessed through our web site if needed. Case Terminated. All future pleadings should be filed with the newly assigned court. (Attachments: # 1 Transmittal Letter) (crt,Alexander, E) (Entered: 08/14/2007) |